UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN PATRICK DOUGHERTY and AMBER DAVIS<br><br>Defendants. | ) | Case No. 4:25 CV 729 JMB |

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to the Memorandum and Order entered on June 1, 2026, judgment is **GRANTED** in favor of Plaintiff State Farm Fire & Casualty Company and against Defendants Sean Patrick Dougherty and Amber Davis.

***/s/ John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of June, 2026